Law Office of Brian J. Muhlbaier
309 Fellowship Road
Suite 200
Mount Laurel NJ 08054
(856) 692-0440
Attorney for Movant

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **Mariah Hernandez**<br><br>**Debtors** | **CHAPTER 13**<br>**CASE NO.: 23-11643 JNP**<br>**Certification in Support of Motion**<br>**For Relief From Stay With Prospective Relief** |

Amanda Pando hereby certifies the following:

I am the landlord of the debtor.

1. Debtor is a tenant at 1047 East Ave. Apt E5 Vineland NJ 08360.

2. Currently Debtor owes $18,003.66 and has not made post petition payments from May 2023 until February 2024 with the exception of October 2023. Section 8 pays a portion of the debtors rent and has continued to pay their portion of the rent.

3. Landlord has been financially impacted by the debtors disregard for their obligations after a bankruptcy filing and the clear abuse of the bankruptcy system.

Wherefore, the applicant seeks entry of the Order submitted herewith.

Dated: 2/1/2024

                                              //s//
                                           Amanda Pando